

(1) The motion is granted.

(2) Each side shall bear its own costs.

(1) The motion is granted.

(2) Each side shall bear its own costs.

**R.C. GETTY APARTMENTS,**
**Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–**
**Appellant.**

No. 05–5089.

United States Court of Appeals,
Federal Circuit.

May 4, 2005.

*ORDER*

Upon consideration of the United States' motion to voluntarily dismiss its appeal pursuant to Fed. R.App. P. 42(b).[1]

IT IS ORDERED THAT:

1. We note that the parties request that this dismissal be without prejudice, however, it is not the practice of this court to dismiss with or without prejudice.

**PRAIRIE VILLAGE OF STATE**
**CENTER ASSOCIATES,**
**Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–**
**Appellant.**

No. 05–5088.

United States Court of Appeals,
Federal Circuit.

May 4, 2005.

*ORDER*

Upon consideration of the United States' motion to voluntarily dismiss its appeal pursuant to Fed. R.App. P. 42(b).[1]

IT IS ORDERED THAT:

1. We note that the parties request that this dismissal be without prejudice, however, it is not the practice of this court to dismiss with or without prejudice.

(1) The motion is granted.

(2) Each side shall bear its own costs.

**PINE NEEDLE APARTMENTS,**
**Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–**
**Appellant.**

No. 05–5080.

United States Court of Appeals,
Federal Circuit.

May 5, 2005.

**In re VRBIA, INC.**

No. 05–1316.

United States Court of Appeals,
Federal Circuit.

May 4, 2005.

*ORDER*

Upon consideration of the unopposed motion of VRBIA, Inc. to voluntarily dismiss its appeal of a December 3, 2004 order of the Trademark Trial and Appeal Board,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.

*ORDER*

Upon consideration of the United States' motion to voluntarily dismiss its appeal pursuant to Fed. R.App. P. 42(b).[1]

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

---

1. We note that the parties request that this dismissal be without prejudice, however, it is not the practice of this court to dismiss with or without prejudice.